**STATE of Missouri, Respondent,**

v.

**Antawan ROSS, Appellant.**

**No. ED 102416**

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: March 15, 2016

Rehearing Denied April 26, 2016

For Appellant: Charles E. Kirksey, Jr, Brittany N. Chapman, 7382 Pershing Ave., 1 West, University City, Missouri 63130.

For Respondent: Chris Koster, Mary H. Moore, P.O. Box 899, Jefferson City, Missouri 65102.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### *ORDER*

PER CURIAM

Antawan Ross was convicted after a jury trial of murder in the second degree and

---

armed criminal action arising out of an altercation between Ross and Deshon Randolph that resulted in Ross shooting and killing Randolph in the bedroom of Nikia Knight's home in St. Louis County. On appeal, Ross claims the trial court erred in failing to *sua sponte* correct the prosecutor's improper closing argument and in failing to *sua sponte* declare a mistrial. Finding no plain error, we affirm.

An extended opinion would have no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).